## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: Sean Pacer Stringfellow

       DEBTOR(s)

       v.

       Madison Ridge Apartments

       RESPONDENT

CASE NO.: 11-54699

Chapter 7

Judge: JRS

## DEBTORS' MOTION TO AVOID JUDICIAL LIEN

COME NOW, the Debtors in the above-styled action and show to the court the following:

1.

The Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on or about February 17, 2011.

2.

This contested matter is filed by the Debtors under 11 U.S.C. Section 522(f) to avoid a judicial lien held by Respondent.

3.

The Respondent obtained a judgment against the Debtors prior to the filing of the instant case. The amount of the judgment is approximately $ 1,767.33. This judgment impairs property which would otherwise by exempt under 11 U.S.C. 522 et seq.

WHEREFORE, Debtors move this court under 11 U.S.C. 522(f) to rule that judicial liens that impair the Debtors' exemptions are void and of no effect, that the debtors be allowed to remain in possession of and have clear title to all exempt property and for such other relief as this court deems just and proper.

This 10th day of March, 2011.

_____/s/_____

Chris Carouthers, Georgia Bar.: 111175
Attorney for Debtor
20 Executive Park Drive West, NE
Suite 2015
Atlanta, GA 30329

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Sean Pacer Stringfellow

    DEBTOR(s)

    v.

    Madison Ridge Apartments

    RESPONDENT

CASE NO.: 11-54699

Chapter 7

Judge: JRS

## NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a motion to avoid lien on exempt property pursuant to 11 U.S.C. 522 has been filed in the above styled case on or about March 10, 2011.

NOTICE IS FURTHER GIVEN that pursuant to Local Rule 6008-2 NDGa, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Debtors' Attorney. In the event that no response is timely filed and served, the Bankruptcy court may enter an order granting the relief sought.

Dated and served this 10th day of March, 2011.

_____/s/_____

Chris Carouthers, Georgia Bar.: 111175
Attorney for Debtor
20 Executive Park Drive West, NE
Suite 2015
Atlanta, GA 30329

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: Sean Pacer Stringfellow

      DEBTOR(s)

v.

      Madison Ridge Apartments

      RESPONDENT

CASE NO.: 11-54699

Chapter 7

Judge: JRS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the below listed parties have been served with a true and correct copy of the attached pleadings by placing copies of same in a properly addressed envelope with adequate postage affixed and depositing same in the United States Mail.

Dated and served this 10th day of March, 2011.

_____/s/_____

Chris Carouthers, Georgia Bar.: 111175
Attorney for Debtor
20 Executive Park Drive West, NE
Suite 2015
Atlanta, GA 30329

Served:

M. Denise Dotson
Chapter 7 Trustee
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303

Madison Ridge Apartments
c/o Dennis J Murphy
425 E Crossville Road Ste 101
Roswell GA 30075-0000

**C T CORPORATION SYSTEM**
**1201 PEACHTREE STREET NE**
**ATLANTA GA 30361**
**REGISTERED AGENT**

**Sean Pacer Stringfellow**
**528 Powder Springs Street**
**Smyrna, GA 30082**