ENTERED ON DOCKET
APR - 8 2011

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-54699 |
| SEAN PACER STRINGFELLOW | |
| Debtor(s)/Movant(s), | CHAPTER 7 |
| v. | |
| MADISON RIDGE APARTMENTS, | |
| Respondent. | |

## ORDER

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this 6th day of April, 2011.

_____
JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Sean Pacer Stringfellow**
528 Powder Springs Street
Smyrna, GA 30082

**Christopher Carouthers**
Chris Carouthers & Associates
20 Executive Park Drive, West, NE
Suite 2015
Atlanta, GA 30329

**Martha A. Miller**
Martha A. Miller, PC
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

**Madison Ridge Apartments**
c/o Dennis J. Murphy
425 E. Crossville Road Ste 101
Roswell, GA 30075-0000

**C T Corporation Systems**
1201 Peachtree Street NE
Atlanta, GA 30361
Registered Agent